UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL STEVEN SHEPARD, )<br>)<br>Defendant. ) | No. 4:05-CR-580 CAS |

**ORDER**

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Thomas C. Mummert, III. On June 14, 2006, Judge Mummert filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Sever Counts be denied.

Defendant Shepard filed general objections to the Magistrate Judge's Report and Recommendation on June 28, 2006, asserting the conclusions were "against the weight of the evidence and the law." This type of general objection is of little aid to the Court in focusing on any errors which may have been made by the Magistrate Judge. The Court is mindful, however, that the Eighth Circuit has repeatedly emphasized the necessity of de novo review. See, e.g., Hudson v. Gammon, 46 F.3d 785, 786 (8th Cir. 1995). The Court therefore assumes that defendant's general objections are sufficient to require de novo review.

The Court has carefully and independently reviewed the full record of this action. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Michael Steven Shepard are overruled. [Doc. 51]

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 47]

**IT IS FURTHER ORDERED** that defendant's Motion to Sever Counts is **DENIED**. [Doc. 40].

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 28th day of June, 2006.